UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　Case No. 13-41413

　　Shammah Dee Poe
　　Marquise Ceann Poe
　　　　　Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/23/2013.

2) The plan was confirmed on 12/27/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/01/2015, 10/30/2015.

5) The case was dismissed on 11/06/2015.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,840.00 |
| Less amount refunded to debtor | $459.21 |
| **NET RECEIPTS:** | **$7,380.79** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $300.71 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,300.71** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALONZO H ZAHOUR | Unsecured | 1,459.00 | 1,148.84 | 1,148.84 | 32.94 | 0.00 |
| ALTAIR OH XIII LLC | Unsecured | 519.00 | 519.62 | 519.62 | 16.39 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,411.00 | 1,914.89 | 1,914.89 | 51.38 | 0.00 |
| CERASTES LLC | Unsecured | 155.00 | 155.00 | 155.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 510.00 | 510.00 | 510.00 | 16.09 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 687.00 | 508.29 | 508.29 | 16.03 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 4,114.00 | 2,162.08 | 2,162.08 | 58.01 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 52.90 | 52.90 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 350.00 | 229.00 | 229.00 | 229.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 27,580.00 | 2,517.25 | 2,517.25 | 67.54 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,018.00 | 2,018.65 | 2,018.65 | 54.16 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 135.81 | 135.81 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 372.00 | 371.51 | 371.51 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 414.00 | 413.95 | 413.95 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 498.00 | 516.77 | 516.77 | 16.30 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 1,147.00 | 1,147.94 | 1,147.94 | 32.92 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 7,000.00 | 7,754.34 | 7,754.34 | 244.59 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 2,891.41 | 2,891.41 | 77.58 | 0.00 |
| TORRENT LITIGATION | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| TRI-STATE FINANCIAL SERVICES | Unsecured | 681.00 | NA | NA | 0.00 | 0.00 |
| VERITAS INSTRUMENT | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS-PAYROLL | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE RADIOLOGY LTD | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| WOODRIDGE CLINIC | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| NCNS | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| PLS FINANCIAL | Unsecured | 2,557.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| RENT RECOVER LLC | Unsecured | 4,280.00 | NA | NA | 0.00 | 0.00 |
| ROSIN EYE CARE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| G&A PROCESSING | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL LABORATORY | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST SPORTS MEDICINE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ASSET MANAGEMENT | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 1,673.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO BUREAU PARKING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CLOVER CREEK APARTMENTS | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| CLOVER CREEK APARTMENTS | Unsecured | 2,050.00 | NA | NA | 0.00 | 0.00 |
| CMG GROUP LLC/OSL MARKETING | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| COLUMBUS BANK & TRUST | Unsecured | 1,535.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| COMCAST - CHICAGO | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 2,392.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SALLIE MA | Unsecured | 1,204.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST CLINIC | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| FARMERS INSURANCE | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SHORT TERM LOAN | Unsecured | 578.00 | 877.80 | 877.80 | 23.55 | 0.00 |
| US CELLULAR | Unsecured | 292.00 | 243.12 | 243.12 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,490.00 | 7,288.92 | 7,288.92 | 229.91 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,500.00 | 60,670.38 | 60,670.38 | 1,913.69 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $229.00 | $229.00 | $0.00 |
| **TOTAL PRIORITY:** | **$229.00** | **$229.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$93,819.47** | **$2,851.08** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,300.71 |
| Disbursements to Creditors | $3,080.08 |
| **TOTAL DISBURSEMENTS :** | **$7,380.79** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/08/2016          By: /s/ Glenn Stearns
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**